Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation    :    1:06-md-1789 (JFK)
                                                     :
-----------------------------------------------------x
*This Document Relates to:*              :    **NOTICE OF APPEARANCE**
LaRue Slotter                                   :
v. Merck & Co., Inc.                         :
                                                     :
Case No: 1:08-cv-04169-JFK           :
-----------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: June 2, 2008
     New York, New York         Respectfully submitted,


                                              By:          /s/
                                                  David J. Heubeck


                                                  Venable LLP
                                                750 E. Pratt Street, Suite 900
                                                Baltimore, Maryland 21202
                                                Tel:  (410) 244-7731
                                                Fax:  (410) 244-7742
                                                Email: djheubeck@venable.com

Case 1:08-cv-04169-JFK    Document 5    Filed 06/02/2008    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                            /s/
                               David J. Heubeck

                               Venable LLP
                               750 E. Pratt Street, Suite 900
                               Baltimore, Maryland 21202
                               Tel:  (410) 244-7731
                               Fax:  (410) 244-7742
                               Email: djheubeck@venable.com